IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ROY SHRODE, AS TRUSTEE OF THE HILL COUNTRY TRUST, GOLDSTAR INVESTMENTS, LTD., BEDROCK FUNDNG MANAGEMENT, LLC, | § § § § § | |
| Plaintiffs and Counter-Defendants, | § § § | |
| GARY MARTIN, | § § | |
| Third-Party Defendant, | § § § | |
| v. | § § | 1:19-CV-657-RP |
| STEPHEN BLAIR SILVERBERG, | § § § | |
| Defendant, | § § | |
| FCI CAPITAL LLC, | § § | |
| Intervenor, | § § | |
| CAPITAL TECHNOLOGY SOLUTIONS, INC., | § § § | |
| Third-Party Defendant. | § § | |

## FINAL JUDGMENT

On November 18, 2019, the parties dismissed all claims in this case by joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 77). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

All pending motions in this case are **DISMISSED AS MOOT**.

1

**IT IS ORDERED** that each party bear its own costs.

**SIGNED** on November 21, 2019.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE